AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

\`\`                              DISTRICT OF                              CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,

v.

NAPOLEON ZEPEDA-MONTES,
        Defendant.

**APPEARANCE**

Case Number:  08MJ0966

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

NAPOLEON ZEPEDA-MONTES

I certify that I am admitted to practice in this court.

| 4/8/2008 | /s/ JOSEPH McMULLEN |
|---|---|
| Date | Signature |
|  | Joseph McMullen / Federal Defenders of SD    246757 |
|  | Print Name                                   Bar Number |
|  | 225 Broadway, Suite 900 |
|  | Address |
|  | San Diego, CA  92101 |
|  | City          State          Zip Code |
|  | (619) 234-8467       (619) 687-2666 |
|  | Phone Number          Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: April 8, 2008                                                          ____/s/ Joseph McMullen_____
                                                                                            JOSEPH McMULLEN
                                                                                            Federal Defenders of San Diego, Inc.
                                                                                            225 Broadway, Suite 900
                                                                                            San Diego, CA 92101-5030
                                                                                            (619) 234-8467 (tel)
                                                                                            (619) 687-2666 (fax)
                                                                                            e-mail: Joseph_McMullen@fd.org