| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | STEWART M. YOUNG |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 234889 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6228 /(619) 235-2757 (Fax) |
|   | Email: stewart.young@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

8    UNITED STATES DISTRICT COURT

9    SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-1275 H |
|    |                           | ) |                                |
| 11 |               Plaintiff,  | ) |                                |
|    |                           | ) | NOTICE OF APPEARANCE           |
| 12 |        v.                 | ) |                                |
|    |                           | ) |                                |
| 13 | NAPOLEON ZEPEDA-MONTES,   | ) |                                |
|    |                           | ) |                                |
| 14 |               Defendant.  | ) |                                |
|    |                           | ) |                                |
| 15 |                           | ) |                                |
|    |                           | ) |                                |
| 16 |_____| ) |                                |

17    TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18        I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19        I certify that I am admitted to practice in this court or authorized to practice under CivLR

20    83.3.c.3-4.

21        The following government attorneys (who are admitted to practice in this court or authorized

22    to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

23    counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

24    activity in this case:

| Name | CBN | Tele. No. | Email Address |
|------|-----|-----------|---------------|
| N/A  |     |           |               |

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|------|-----|-----------|---------------|
| N/A  |     |           |               |

DATED: May 2, 2008

           Respectfully submitted,

           KAREN P. HEWITT
           United States Attorney

           s/ *Stewart M. Young*
           STEWART M. YOUNG
           Assistant United States Attorney

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff<br><br>　　v.<br><br>NAPOLEON ZEPEDA-MONTES,<br><br>　　Defendant. | Case No. 08-CR-1275 H<br><br>CERTIFICATE OF SERVICE |

UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED THAT:

　　I, STEWART M. YOUNG, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

　　I am not a party to the above-entitled action. I have caused service of NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

　　1.　Joe McMullen, Esq.

　　I declare under penalty of perjury that the foregoing is true and correct.

　　Executed on May 2, 2008.

　　　　　　s/ *Stewart M. Young*
　　　　　　STEWART M. YOUNG

Notice of Appearance
United States v. Zepeda-Montes                                     08-CR-1275 H