1  **JOSEPH M. McMULLEN**
   California State Bar No. 246757
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: Joseph_McMullen@fd.org

5  Attorneys for Mr. Zepeda-Montes

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10  **(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No. 08CR1275-H |
| Plaintiff,            ) | DATE:  May 27, 2008<br>TIME:  2:00 p.m. |
| v.            ) | **NOTICE OF MOTIONS AND MOTIONS:** |
| NAPOLEON ZEPEDA-MONTES,            ) | **(1) TO COMPEL DISCOVERY; AND** |
| Defendant.            ) | **(2) FOR LEAVE TO FILE FURTHER MOTIONS** |

17  TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
         STEWART M. YOUNG, ASSISTANT UNITED STATES ATTORNEY:

19     PLEASE TAKE NOTICE that, on May 27, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Napoleon Zepeda-Montes, through counsel, Joseph M. McMullen and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

22  //
23  //
24  //
25  //
26  //
27  //
28  //

# MOTIONS

The defendant, Napoleon Zepeda-Montes, through counsel, Joseph M. McMullen and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) Compelling discovery; and

2) For leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED: May 15, 2008

/s/ Joseph M. McMullen
**JOSEPH M. McMULLEN**
Federal Defenders of San Diego, Inc.
Attorneys for Napoleon Zepeda-Montes