**JOSEPH M. McMULLEN**
California State Bar No. 246757
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Email: Joseph_McMullen@fd.org

Attorneys for Mr. Zepeda-Montes

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1275-MLH |
| Plaintiff, ) | DATE: August 25, 2008 |
| v. ) | TIME: 2:00 P.M. |
| NAPOLEON ZEPEDA-MONTES, ) | <u>DECLARATION IN SUPPORT OF MOTION TO SUPPRESS STATEMENTS</u> |
| Defendant. ) | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY;
      STEWART YOUNG, ASSISTANT UNITED STATES ATTORNEY:

Mr. Zepeda-Montes, by and through counsel, Joseph M. McMullen and Federal Defenders of San Diego, Inc., hereby files the following Declaration in Support of Defendant's Motion to Suppress Statements.

Respectfully submitted,

/s/ Joseph McMullen

Dated: August 19, 2008

**JOSEPH M. McMULLEN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Zepeda-Montes

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1275-MLH |
| Plaintiff, | ) | |
| v. | ) | DECLARATION OF |
| NAPOLEON ZEPEDA-MONTES, | ) | <u>NAPOLEON ZEPEDA-MONTES</u> |
| Defendant. | ) | |

I, Napoleon Zepeda-Montes, declare under penalty of perjury:

1. I am the defendant in the above-captioned case and make this declaration in support of a motion filed by my attorney.

2. On March 29, 2008, I was arrested at the San Ysidro, California Port of Entry.

3. I was taken into custody at approximately 7:00 a.m., and soon thereafter I informed the arresting officers that I was an insulin-dependent diabetic.

4. I also informed the officers that I did not have my medication.

5. I was placed in a cell for several hours and was not allowed to eat until after I agreed to speak with the agents who interrogated me.

6. I was also not allowed to consult a doctor about receiving medication for my condition until after I agreed to speak with the agents.

7. The agents' interrogation of me did not begin until I had been left in the holding cell for

1

several hours.

8. I feared that I would not have the opportunity to eat or get my medication until after I agreed to speak with the agents.

9. After the interrogation was over, I was provided with a meal and access to medical professionals.

I swear that, to the best of my knowledge and memory, the foregoing is true and correct.

Dated: 8/19/2008

NAPOLEON ZEPEDA-MONTES